13560

FRICK COMPANY, INC., v. DEITER *ET AL.*

(167 S. E., 499)

292

*Mr. Alva C. DePass,* for appellant,

*Messrs. Thomas, Lumpkin & Cain,* for respondent.

January 21, 1933.

The opinion of the Court was delivered by MR. CHIEF JUSTICE BLEASE.

We are of the opinion that the order of his Honor, County Judge Whaley, appealed from in this cause, was entirely correct. The granting of the nonsuit ended the case and resulted in the vacation of the attachment. See *Duncan v. Duncan,* 131 S. C., 238, 126 S. E., 763.

The order appealed from is affirmed.

MESSRS. JUSTICES STABLER and BONHAM and MR. ACTING ASSOCIATE JUSTICE C. C. FEATHERSTONE concur.